MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:   415.399.8490

MIREYA A.R. LLAURADO, Bar No. 194882
mallaurado@fedex.com
FEDEX FREIGHT, INC.
3425 Victor Street
Santa Clara, CA  95054
Telephone: 408.654.3186
Facsimile: 408.654.3297

Attorneys for Defendant
FEDEX FREIGHT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLY L. HALL, RICHARD ARP, ISRAEL FLORES, ROBERT MARKOWITZ, ROY TAYLOR and RICHARD RODRIGUEZ<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT'S DISCLOSURE STATEMENT**<br><br>**[FEDERAL RULE OF CIVIL PROCEDURE 7.1]** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S DISCLOSURE STATEMENT            1.

**THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant FedEx Freight, Inc. ("Defendant") submits the following Disclosure Statement:

The undersigned, counsel of record for Defendant in the above captioned-matter identifies the following entities as parent corporations and/or any publicly held corporation owning 10% or more of Defendant's stock: FedEx Freight Corporation and FedEx Corporation.

Dated:  October 23, 2013                               Respectfully submitted,

                                                             */s Sophia Behnia*
                                                           MICHELLE B. HEVERLY
                                                           SOPHIA BEHNIA
                                                           MIREYA A.R. LLAURADO
                                                           LITTLER MENDELSON, P.C.
                                                           Attorneys for Defendants
                                                           FEDEX FREIGHT, INC.

Firmwide:123641640.1 057116.1016

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFEENDANT'S DISCLOSURE STATEMENT          2.