1  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
2  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Fax No.:       415.399.8490

6  MIREYA A.R. LLAURADO, Bar No. 194882
   mallaurado@fedex.com
7  FEDEX FREIGHT, INC.
   3425 Victor Street
8  Santa Clara, CA  95054
   Telephone: 408.654.3186
9  Facsimile: 408.654.3297

10 Attorneys for Defendant
   FEDEX FREIGHT, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13

14 KELLY L. HALL, RICHARD ARP,          Case No.
   ISRAEL FLORES, ROBERT
15 MARKOWITZ, ROY TAYLOR and
   RICHARD RODRIGUEZ
16                                       **DECLARATION OF LORI HENRY IN
              Plaintiffs,                SUPPORT OF DEFENDANT'S NOTICE
17                                       OF REMOVAL TO FEDERAL COURT**
         v.
18
   FEDEX FREIGHT, INC., an Arkansas
19 Corporation, and DOES 1 through 25,
   inclusive,
20
              Defendants.
21

22

23

24

25

26

27

28

ITLER MENDELSON, P.C.
   650 California Street
      20th Floor
 Francisco, CA 94108.2693
    415.433.1940

HENRY DECLARATION ISO DEFENDANT'S                    1.
NOTICE OF REMOVAL TO FEDERAL COURT

1    I, LORI HENRY, hereby declare as follows:

2        1.      I am the Vice President of Human Resources for FedEx Freight Corporation the

3    parent company of Defendant FedEx Freight, Inc.  I make this declaration in support of Defendant's

4    Notice of Removal.  All of the information set forth herein is based on my personal knowledge and

5    if called to testify and sworn as a witness, I could and would competently testify thereto.

6        2.      In my capacity as Vice President of Human Resources, I am readily familiar with the

7    corporate structure of both Defendant FedEx Freight, Inc. and FedEx Freight Corporation.

8        3.      FedEx Freight, Inc. is incorporated in Arkansas with its principal place of business

9    and headquarters in Harrison, Arkansas.  The Senior Vice President of Operations, William Cherry,

10   and the Vice President of Transportation, Don Hinkle, are located in Harrison, Arkansas. These

11   officers direct, control and coordinate the national operations of FedEx Freight, Inc. from Harrison,

12   Arkansas.

13       4.      Other administrative support functions of FedEx Freight, Inc. - including legal,

14   finance and human resources functions -- are directed, controlled, and coordinated at a national level

15   by officers of FedEx Freight Corporation who are located in Memphis, Tennessee.  The Chief

16   Executive Officer of FedEx Freight Corporation resides in and maintains his principal office in

17   Memphis, Tennessee.  The Chief Operating Officer of FedEx Freight Corporation resides in and

18   maintains his principal office in Harrison, Arkansas.  Both the Chief Executive Officer and the Chief

19   Operating Officer of FedEx Freight Corporation oversee the direction, control, and coordination of

20   national operations of FedEx Freight Inc.

21       5.      The corporate decisions related to FedEx Freight, Inc. operations are made in

22   Harrison, Arkansas. From this principal place of business, company leaders direct, control and

23   coordinate FedEx Freight, Inc.'s freight hauling operations. In addition, the administrative functions

24   that are crucial to FedEx Freight, Inc.'s day-to-day operations are also located in Arkansas.

25

26   / / /

27   / / /

28   / / /

HENRY DECLARATION ISO DEFENDANT'S          2.
NOTICE OF REMOVAL TO FEDERAL COURT

1       I declare under penalty of perjury under the laws of the United States of America and the

2   State of California that the foregoing is true and correct.

3       Executed this 21st day of October, 2013, at Memphis, Tennessee.

4

5   LORI HENRY

6

7   Firmwide:123654233.1 057116.1016

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ITLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

HENRY DECLARATION ISO DEFENDANT'S
NOTICE OF REMOVAL TO FEDERAL COURT

3.