UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL FLORES, et al., | 1:13-cv-01711 AWI SKO |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | **1:13-cv-01711 SKO** |
| FEDEX FREIGHT, INC., | **ORDER REASSIGNING CASE** |
| Defendant. | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:13-cv-01711 SKO**

IT IS SO ORDERED.

Dated:   March 19, 2014

_____
SENIOR  DISTRICT  JUDGE

1