FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 4 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY L. HALL; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>FEDEX FREIGHT, INC.,<br><br>      Defendant - Appellee. | No. 14-16529<br><br>D.C. No. 1:13-cv-01711-SKO<br>Eastern District of California,<br>Fresno<br><br>ORDER |

    Appellants' motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(a) is construed as a motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b). So construed, the motion is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

    This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie McMahon
Motions Attorney/Deputy Clerk

SM/MOATT